IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

AMY R. REED

CASE NO. 09-36960-W

JUDGE MARY ANN WHIPPLE

William L. Swope, Trustee
221 South Main Street
Findlay, Ohio 45840
(419) 422-0288
Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| American Electric Power *<br>Attn: Bankruptcy Dept.<br>P.O. Box 2021<br>Roanoke, VA 24022-2121 | $ 4.96 |
| | $ 4.96 |

A check for $4.96 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: December 23, 2010

William L. Swope
Trustee